IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v                                                  Cr. No. 2:06-cr-20159-1-D

MATTHEW CURTIS HARRELL

**ORDER REVOKING BOND**

This cause came on to be heard on Tuesday, July 11, 2006, pursuant to a petition for revocation of bond filed by Pretrial Services Officer Loretta Fleming, alleging violation of the conditions of the defendant's pretrial release. After hearing evidence, the court determined that the conditions of the defendant's pretrial release had been violated; therefore, it is ORDERED that the defendant's bond be and hereby is revoked. The defendant will be held in custody pending the trial of this matter.

     IT IS SO ORDERED.

                                                     s/ James H. Allen
                                                     JAMES H. ALLEN
                                                     UNITED STATES MAGISTRATE JUDGE

                                                     DATE: JULY 11, 2006

                           This document entered on the docket sheet in compliance
                           with Rule 55 and/or 32(b) FRCrP on _____